UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MOHAMMED KABA, QURAN ROWELL, and JOSEPH DYER,<br><br>Defendants | Case No. 15-mj-6091-MPK |

## GOVERNMENT'S MOTION TO UNSEAL

The United States Attorney moves the Court to unseal the Complaint and the related documents in this case. As grounds for this motion, the government states that two of the defendants have been arrested.

Allowed
Pyr Kelley
7/29/15

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: */s/: Christopher F. Bator*
Assistant U.S. Attorney
Date: July 30, 2015