UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 15CR10248 |
| ) | |
| MOHAMMED KABA ) | |

## DISMISSAL OF COUNT ONE OF THE INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney for the District of Massachusetts hereby dismisses Count One of the Indictment charging Mohammed Kaba with possession with intent to distribute cocaine base, in violation of 21 U.S.C. §841(a)(1). In support of this dismissal, the government states that, on July 11, 2017, the Court granted the defendant's motion to suppress evidence in this case. In light of that ruling, the government lacks sufficient evidence to move forward with the prosecution of the defendant.

Respectfully submitted,

WILLIAM D. WEINREB
Acting United States Attorney

Sep 13, 2017
Date

By: /s/ CYNTHIA A. YOUNG
Chief, Criminal Division
JAMES D. HERBERT
Deputy Chief, Criminal Division

Leah B. Foley
Assistant U.S. Attorney

Leave to File Granted:

Richard G. Stearns, Judge
United States District Court